IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02177-BNB

SIRRLOVE WILLIAMS, #83577,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, and
P. O. CHUCK VAUGHN,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 0 2010

GREGORY C. LANGHAM
CLERK

---

### ORDER ASSIGNING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kristen L. Mix. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Marcia S. Krieger pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Kristen L. Mix.

DATED November 10, 2010, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge

<3<3<3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02177-BNB

Sirrlove Williams
Prisoner No. 83577
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/10/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk